# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS,
# EASTERN DIVISION

| | | |
|---|---|---|
| ALI GADELHAK, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | 17-cv-1559 |
| v. | ) ) ) | Hon. Edmond Chang |
| AT&T SERVICES, INC. | ) ) ) | JURY DEMAND |
| Defendant. | ) ) | |

## NOTICE OF APPEAL

Ali Gadelhak, the plaintiff in this proposed class action, hereby appeals on behalf of himself and all others similarly situated to the United States Court of Appeals for the Seventh Circuit from the final judgment entered on the 29th day of March 2019; from the order entered on the 29th day of March 2019 granting defendant AT&T Services, Inc.'s motion for summary judgment and denying Plaintiff's motion for summary judgment; and from any other orders relating to the entry of judgment. Plaintiff is qualified to bring the appeal as the proposed representative of the class.

Dated: April 18, 2019

                                                        Respectfully submitted,

                                                        By: /s/ Timothy J. Sostrin

Keith J. Keogh
Timothy Sostrin
Michael Hilicki
Keogh Law, Ltd.
55 W. Monroe St., Ste. 3390
Chicago, IL 60603
312.726.1092 (office)/312.726.1093 (fax)
TSostrin@KeoghLaw.com
*Attorneys for Plaintiff*