# SEVENTH CIRCUIT TRANSCRIPT INFORMATION SHEET

**PART I** – Must be completed by party or party's attorney pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure and Rule 11(a) of the Circuit Rules. The appellant must file this form with the court reporter within 14 days of filing the notice of appeal, whether transcript is being ordered or not. (FRAP 10(b)(1)) Satisfactory arrangements with the court reporter for payment of the costs of the transcripts must also be made at that time. (FRAP 10(b)(4)) (Note: Appellees as well as appellants are expected to use this form when ordering transcripts.)

| | | |
|---|---|---|
| Short Title: Gadelhak v. AT&T Services, Inc. | District: Northern District of Illinois | D.C. Docket No.: 1:17-cv-01559 |
| | District Judge: Hon. Edmond E. Chang | Court Reporter: Krista Burgeson |

- [ ] I am ordering transcript.
- [x] I am not ordering transcript because: No relevant transcripts exist
- [ ] The transcript has been prepared.

Sign below and return original and one copy to court reporter. Distribute remaining copies to the Clerk of the District Court and opposing party, retaining one copy for yourself.

Indicate proceedings for which transcript is required. Dates must be provided:    Date(s)

- [ ] Pretrial proceedings. Specify: _____
- [ ] Voir Dire
- Trial or Hearing. Specify: _____
  - [ ] Opening statement
  - [ ] Instruction conference
  - [ ] Closing statements
  - [ ] Court instructions
  - [ ] Post-trial proceedings. Specify: _____
  - [ ] Sentencing
  - [ ] Other proceedings. Specify: _____

Method of Payment: [ ] Cash    [ ] Check or Money Order    [ ] C.J.A. Voucher
Status of Payment: [ ] Full Payment    [ ] Partial Payment    [ ] No Payment Yet

Signature: s/ Timothy J. Sostrin        Telephone No. 312-726-1092
Address: Keogh Law, Ltd
55 W. Monroe St., Ste. 3390, Chicago, IL 60603        Date: 04/24/19

**PART II** – Must be completed by Court Reporter pursuant to Rule 11(b) of the Federal Rules of Appellate Procedure. By signing this Part II, the Court Reporter certifies that *satisfactory arrangements for payment have been made*.

| U.S.C.A. Docket No. | Date Order Received | Estimated Completion Date | Estimated Length |
|---|---|---|---|
| | | | |

Signature of Court Reporter: s/        Date: _____

NOTICE: The Judicial Conference of the United States, by its resolution of March 11, 1982, has provided that a penalty of 10 percent must apply, unless a waiver is granted by the Court of Appeals' Clerk, when a "transcript of a case on appeal is not delivered within 30 days of the date ordered and payment received therefor." The penalty is 20 percent for transcript not delivered within 60 days.

Original to Court Reporter. Copies to: • U.S.C.A. Clerk • Service Copy • District Court Clerk and to • Party / Counsel Ordering Transcript.