# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

**CERTIFIED COPY**
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

February 19, 2020

Before:   DIANE P. WOOD, Chief Circuit Judge
          MICHAEL S. KANNE, Circuit Judge
          AMY C. BARRETT, Circuit Judge

| No. 19-1738 | ALI GADELHAK, on behalf of himself and all others similarly situated, Plaintiff - Appellant<br><br>v.<br><br>AT&T SERVICES, INC.,<br>Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:17-cv-01559<br>Northern District of Illinois, Eastern Division<br>District Judge Edmond E. Chang ||

The district court held that AT&T's system did not qualify as an "automatic telephone dialing system" because it lacked the capacity to generate random or sequential numbers. Although we adopt a different interpretation of the statute, under our reading, too, the capacity to generate random or sequential numbers is necessary to the statutory definition.

The judgment of the District Court is therefore **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)